# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FARIDA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, et al.<br><br>　　　　　　　　　　Defendants. | CASE NO. 19cv571-LAB (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 8]** |

　　　The parties' joint motion to dismiss is **GRANTED**. Dkt. 8. This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees. FRCP 41(a). The clerk is directed to close the case.

　　　**IT IS SO ORDERED**.

Dated: June 18, 2019

_Larry A. Burns_
**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge

- 1 -